Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
Statesville, NC

JUN - 8 2026

Clerk, US District Court
Western District of NC

# UNITED STATES DISTRICT COURT

for the

Western District of NC

Statesville Division

Otis S White

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Lowes Home Center LLC

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 5:26-cv-129-MEO

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name Otis S White
Street Address 193 Shepherd Rd
City and County Mooresville, Iredell
State and Zip Code NC 28115
Telephone Number 704-677-5208
E-mail Address Otismissed@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

**Defendant No. 1**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Lowes Home Center LLC
Employer
1000 to lowes Boulevard
mooresville, NC Iredell County
NC, 28117

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name       Lowes Distribution Center 960

Street Address       711 Tomlin Mill Road

City and County       Statesville, Iredell County

State and Zip Code       NC, 28625

Telephone Number       704-876-8500

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

         *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

         *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

         *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Other federal law *(specify the federal law)*:

         Retaliation

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☒ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.  ~~unequal enforcement of policies~~ unequal enforcement of policies

☒ Other acts *(specify)*: Harassment, Hostil work enviroment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s) 2015 (learning disability accommondation) May 30, 24 (formal accommodation request) 2018 - 2015 (harassment + Retaliation) 10/23/24 (Workplace accident) ~~Through retirement/termination~~ in 2025

C.  I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race  African-American employee treated differently than White

☐ color  _____

☐ gender/sex  _____

☐ religion  _____

☐ national origin  _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

Learn disability diagnosed in 2015, Failure to provide resonable accommod- ~~accommodo~~ ation, Retaliation after accommondation

E.  The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

✱ A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*See the attached Statement

B.    The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff request back pay, front Pay, compensatory damages for emotional distress, damages for loss of income and benefits, Punitive damages as allowed by law, attorney fees if applicable, cost of litigation, and any additional relief that the court deems Just and proper.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  6-7-26

Signature of Plaintiff       _Otis S White Jr._

Printed Name of Plaintiff    _Otis S White Jr_

### B.      For Attorneys

Date of signing:  _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

Print      Save As...      Add Attachment      Reset

Otis S. White v. Lowe's Home Centers, LLC

**ATTACHMENT TO SECTION III-E – STATEMENT OF FACTS**

I worked for Lowe's Distribution Center #960 in Statesville, North Carolina, for approximately 13 years. I have a documented learning disability that was diagnosed in 2015. Throughout my employment I repeatedly requested assistance and accommodations but was denied meaningful support. Beginning around 2018, I experienced increased scrutiny, harassment, unequal enforcement of workplace policies, and retaliation after raising concerns regarding my disability and workplace treatment.

I repeatedly notified management of his documented learning disability and requested assistance and accommodations. After making accommodation requests and complaints regarding workplace treatment, I was subjected to increased scrutiny, disciplinary actions, and retaliatory treatment that was not applied equally to similarly situated employees.

In 2024 I formally requested accommodations. Shortly thereafter I received disciplinary actions that were later reversed or replaced. I was subjected to repeated investigations, write-ups, and hostile treatment that were not applied equally to other employees. I also experienced race discrimination and believe I was treated differently because I am African American.

On October 23, 2024, after ongoing stress and harassment, I was involved in a workplace accident that caused serious physical and emotional injuries. Following the accident I continued to experience retaliation, loss of income, emotional distress, and damage to my health and family relationships.

I filed a charge with the EEOC on November 5, 2024, and received a Notice of Right to Sue on March 11, 2026. I now bring this action for disability discrimination, race discrimination, failure to accommodate, hostile work environment, and retaliation

*Otis S White Jr.*

6 - 7 - 2026